

**Epstein Drangel LLP**
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390  •  E: mail@ipcounselors.com
www.ipcounselors.com

June 4, 2019

**VIA ECF**
Hon. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Initial Disclosure deadline adjourned from June 7 to July 8.
> SO ORDERED.
> Dated: 6/11/2019
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

Re:   *Mattel, Inc. v. 2012Shiningroom2012, et al.*
        Civil Case No. 18-cv-11648 (PKC)
        <u>Request to Adjourn Discovery Deadline</u>

Dear Judge Castel,

We represent Plaintiff Mattel, Inc. ("Plaintiff" or "Mattel"), in the above-referenced action.[1] On April 23, 2019, the Court held a Pretrial Conference and issued a Civil Case Management Plan and Scheduling Order ("Scheduling Order"). (Dkt. 42.) By separate Order, the Court extended the initial disclosure deadline until June 7, 2019. (Dkt. 45.) Thereafter, on May 20, 2019, Xuanye Wang, counsel for the Wang Defendants[2], filed a motion to withdraw as attorney. (Dkt. 49.) At this time, Plaintiff respectfully requests the Court adjourn the June 7, 2019 deadline pending Your Honor's consideration of Ms. Wang's motion to withdraw.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: <u>/s/ Brieanne Scully</u>
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.

[2] Defendants herpop, go-gift1225, prcbey, keepupop, ebbpop, ovepop2009, ccs_online, lucy992016, popular888 and ilante ("Wang Defendants").