

**Whitewood Law PLLC**
57 West 57th Street, 3rd and 4th Floors, Manhattan, NY 10019
Email: mousamuel@whitewoodlaw.com
Tel: 917.858.8018; Fax:917.591.0618

January 3rd, 2020

Conference Adjourned

From: _Jan 27, 2020_
To: _Jan. 30, 2020 at 12:00p.m._
SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.

Date: _1-3-20_

**VIA ECF**
Hon. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Mattel, Inc. v. 2012Shiningroom2012, et al.*
      **Civil Case No. 18-cv-11648 (PKC)**
      <u>Defendants' Request to Adjourn the Case Management Conference</u>

Dear Judge Castel,

We represent Defendant lucy992016 (now known as aux992016), ccs_online999, ebbpop, go-gift1225, herpop, ilante, popular888 (now known as jiangxia2019), keepupop, overpop2009, and prcbey in the above-mentioned action. On October 16, 2019, the Court adjourned the Case Management Conference to January 27, 2020 at 2:30 pm.

Due to scheduling conflict, we respectfully request that the Case Management Conference to be rescheduled to January 30, 2020. Plaintiff's Counsel is not joining this request. However, we contacted Plaintiff's Counsel Danielle and she expressed that she had no problem with our request to adjourn the conference and that Plaintiff's Counsel will be available on January 30, 2020.

We thank the Court for its attention and time to this matter.

Respectfully submitted,

**Whitewood Law PLLC**

By:/s/ Shengmao Mu

57 West 57th Street, 3rd and 4th Floors,
Manhattan, NY 10019
Email: mousamuel@whitewoodlaw.com
Tel: 917.858.8018; Fax:917.591.0618

Hon. Kevin Castel
Page 2/2

Attorney for Defendants
lucy992016 (now known as aux992016),
ccs_online999, ebbpop, go-gift1225, herpop,
ilante, popular888 (now known as
jiangxia2019), keepupop, overpop2009, and
prcbey