UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Mattel, Inc

                Plaintiff(s),

- against -

2012 ShiningRoom2012

                Defendant(s).

-----------------------------------------------------------x

18 Civ. 11648 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

      As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. All parties, meaning the plaintiff and all defendants who have been served, are bound by this Order.

2. Plaintiff's proposed voir dire, proposed jury instructions, proposed verdict sheet, plaintiff's in limine motions and plaintiff's portion of the proposed joint pretrial order are due March 31, 2020

3. Defendants' proposed voir dire, proposed jury instructions, proposed verdict sheet, defendants' responses to in limine motions, defendants' in limine motions and defendants' portion of the proposed joint pretrial order are due April 17, 2020.

6. The ~~next Case Management Conference~~ [the Final Pretrial Conference] will be held on May 14, 2020 at 11:00 am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

*P. Kevin Castel*
United States District Judge

Dated: New York, New York
1-30-20

4. Plaintiff's responses to defendant's in limine motions + the Final Proposed Joint Pre-Trial Order are due ~~April 28, 2020~~.

5. Case set for mediation on Feb 20, 2020 at 10 am