Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTEL, INC., <br><br> *Plaintiff* <br><br> v. <br><br> 2012SHININGROOM2012, ALEXSTORE888, ALIYA_SMILE, BIGMOUTH333, CCS_ONLINE999, CONNIE_MONICA, EBBPOP, EJEWELRYCODE, FANHUASIJIN02, FASHIONJEWELRY20136, FENGHE2012, FLYFLOWER88, FUTALL, GLORYROAD2015, GO-GIFT1225, GYL09047, HANJINGYUHUAONE, HERPOP, HG-TECH-LTD, HMZSLUCK, ILANTE, IN-STYLE1820, JIALU-88, KEEPUPOP, KTMAIL, KZYU_17, LAQ01018, LUCKY992016, MUSENWAIMAO, NEWANG, OVEPOP2009, POPULAR888, PRCBEY, SANTAFE2016, SUMMER*2010*, URCHOICE-LTD, XIAOTWAN_CBQZZ, XYWL722, YUMISELL8, YUNWAWA527 and ZHANYTINO, <br><br> *Defendants* | Case No.: **18-cv-11648 (PKC)** <br><br> <u>**PLAINTIFF'S PROPOSED**</u> <br> <u>**VERDICT FORM**</u> |

We the jury, being first duly empaneled and sworn in the above entitled cause, do find as follows:

## Section I: Liability

(1) On Mattel's claim for federal trademark infringement of its Barbie Marks, did Mattel establish by a preponderance of the evidence that Defendants infringed one or more of its Barbie Marks?

| | | |
|---|---|---|
| Defendant ccs_online999: | _____ Yes | _____ No |
| Defendant ebbpop: | _____ Yes | _____ No |
| Defendant go-gift1225: | _____ Yes | _____ No |
| Defendant Herpop: | _____ Yes | _____ No |
| Defendant Ilante: | _____ Yes | _____ No |
| Defendant Keepupop: | _____ Yes | _____ No |
| Defendant lucky992016: | _____ Yes | _____ No |
| Defendant ovepop2009: | _____ Yes | _____ No |
| Defendant popular888: | _____ Yes | _____ No |
| Defendant prcbey: | _____ Yes | _____ No |

(2) On Mattel's claim for trademark counterfeiting of its Barbie Marks, did Mattel establish by a preponderance of the evidence that Defendants counterfeited one or more of its Barbie Marks?

| | | |
|---|---|---|
| Defendant ccs_online999: | _____ Yes | _____ No |
| Defendant ebbpop: | _____ Yes | _____ No |
| Defendant go-gift1225: | _____ Yes | _____ No |

    Defendant Herpop:    \_\_\_\_\_ Yes    \_\_\_\_\_No

    Defendant Ilante:    \_\_\_\_\_ Yes    \_\_\_\_\_No

    Defendant Keepupop:    \_\_\_\_\_ Yes    \_\_\_\_\_No

    Defendant lucky992016:    \_\_\_\_\_ Yes    \_\_\_\_\_No

    Defendant ovepop2009:    \_\_\_\_\_ Yes    \_\_\_\_\_No

    Defendant popular888:    \_\_\_\_\_ Yes    \_\_\_\_\_No

    Defendant prcbey:    \_\_\_\_\_ Yes    \_\_\_\_\_No

*If you selected "NO" for every Defendant on Question (2), go directly to Question (4). If you selected "YES" for any of the Defendants on Question (2), you must also answer Question (3) below:*

(3) How many of Mattel's Barbie Marks did Defendant(s) counterfeit?

    Defendant ccs_online999:    _____

    Defendant ebbpop:    _____

    Defendant go-gift1225:    _____

    Defendant Herpop:    _____

    Defendant Ilante:    _____

    Defendant Keepupop:    _____

    Defendant lucky992016:    _____

    Defendant ovepop2009:    _____

    Defendant popular888:    _____

    Defendant prcbey:    _____

*If you selected "YES" on Question (2), you must write a number between 1 and 2 on the above line.*

(4)     On Mattel's claim for unfair competition and false designation, has Mattel established by a preponderance of the evidence that Defendant(s) made false representations or unfairly competed with Mattel?

| | | |
|---|---|---|
| Defendant ccs_online999: | _____ Yes | _____ No |
| Defendant ebbpop: | _____ Yes | _____ No |
| Defendant go-gift1225: | _____ Yes | _____ No |
| Defendant Herpop: | _____ Yes | _____ No |
| Defendant Ilante: | _____ Yes | _____ No |
| Defendant Keepupop: | _____ Yes | _____ No |
| Defendant lucky992016: | _____ Yes | _____ No |
| Defendant ovepop2009: | _____ Yes | _____ No |
| Defendant popular888: | _____ Yes | _____ No |
| Defendant prcbey: | _____ Yes | _____ No |

(5)     On Mattel's claim for federal copyright infringement of its Barbie Works, has Mattel established by a preponderance of the evidence that Defendant(s) infringed one or more of the Barbie Works?

| | | |
|---|---|---|
| Defendant ccs_online999: | _____ Yes | _____ No |
| Defendant ebbpop: | _____ Yes | _____ No |
| Defendant go-gift1225: | _____ Yes | _____ No |
| Defendant Herpop: | _____ Yes | _____ No |
| Defendant Ilante: | _____ Yes | _____ No |
| Defendant Keepupop: | _____ Yes | _____ No |
| Defendant lucky992016: | _____ Yes | _____ No |

    Defendant ovepop2009:        \_\_\_\_\_ Yes        \_\_\_\_\_No

    Defendant popular888:        \_\_\_\_\_ Yes        \_\_\_\_\_No

    Defendant prcbey:        \_\_\_\_\_ Yes        \_\_\_\_\_No

*If you selected "YES" for any of the Defendants on Question (5), you must also answer Question (6) below:*

(6) How many copyrights did Defendant(s) infringe?

    Defendant ccs_online999:    _____

    Defendant ebbpop:    _____

    Defendant go-gift1225:    _____

    Defendant Herpop:    _____

    Defendant Ilante:    _____

    Defendant Keepupop:    _____

    Defendant lucky992016:    _____

    Defendant ovepop2009:    _____

    Defendant popular888:    _____

    Defendant prcbey:    _____

*If you selected Yes on Question (5), you must write a number between 1 and 5 on this line.*

(7)    Did you find that Defendants acted willfully or in bad faith with regard to any of the claims in Questions 1, 2, 4 or 5 above for which you answered "YES"?

    Defendant ccs_online999:    \_\_\_\_\_ Yes        \_\_\_\_\_No

    Defendant ebbpop:    \_\_\_\_\_ Yes        \_\_\_\_\_No

Defendant go-gift1225:	_____ Yes	_____ No

Defendant Herpop:	_____ Yes	_____ No

Defendant Ilante:	_____ Yes	_____ No

Defendant Keepupop:	_____ Yes	_____ No

Defendant lucky992016:	_____ Yes	_____ No

Defendant ovepop2009:	_____ Yes	_____ No

Defendant popular888:	_____ Yes	_____ No

Defendant prcbey:	_____ Yes	_____ No

*If you selected "NO" for each and every Defendant for Questions (1) through (7) above, your deliberations are complete. If you selected "YES" for <u>any</u> of the Defendants in Questions (1) through (7) above, please proceed to Section II.*

## Section II: Damages

(1)     State the amount of actual damages that should be awarded to Mattel by each Defendant, if any.

Defendant ccs_online999:	$_____

Defendant ebbpop:	$_____

Defendant go-gift1225:	$_____

Defendant Herpop:	$_____

Defendant Ilante:	$_____

Defendant Keepupop:	$_____

Defendant lucky992016:	$_____

Defendant ovepop2009:	$_____

Defendant popular888:	$_____

        Defendant prcbey:        $_____

(2) If you answered "YES" to Questions 1 or 5 above, state the amount of Defendant(s)' profits that should be awarded to Mattel, if any.

        Defendant ccs_online999:        $_____

        Defendant ebbpop:        $_____

        Defendant go-gift1225:        $_____

        Defendant Herpop:        $_____

        Defendant Ilante:        $_____

        Defendant Keepupop:        $_____

        Defendant lucky992016:        $_____

        Defendant ovepop2009:        $_____

        Defendant popular888:        $_____

        Defendant prcbey:        $_____

(3) If you answered "YES" to Questions 1 or 5 above, state the amount of Defendant(s)' damages that should be awarded to Mattel, if any.

        Defendant ccs_online999:        $_____

        Defendant ebbpop:        $_____

        Defendant go-gift1225:        $_____

        Defendant Herpop:        $_____

        Defendant Ilante:        $_____

        Defendant Keepupop:        $_____

        Defendant lucky992016:        $_____

  Defendant ovepop2009:  $_____

  Defendant popular888:  $_____

  Defendant prcbey:  $_____

(4) Trademark/Unfair Competition

Should the amount of damages or profits identified above (whichever is greater), be trebled for any of the Defendants?

  Defendant ccs_online999:  _____ Yes  _____ No

  Defendant ebbpop:  _____ Yes  _____ No

  Defendant go-gift1225:  _____ Yes  _____ No

  Defendant Herpop:  _____ Yes  _____ No

  Defendant Ilante:  _____ Yes  _____ No

  Defendant Keepupop:  _____ Yes  _____ No

  Defendant lucky992016:  _____ Yes  _____ No

  Defendant ovepop2009:  _____ Yes  _____ No

  Defendant popular888:  _____ Yes  _____ No

  Defendant prcbey:  _____ Yes  _____ No

(5) Counterfeit Statutory Damages

| **If Not Willful** | *You **must** award damages between $1,000.00 (one thousand dollars) and $200,000.00 (two hundred thousand dollars) per counterfeit mark per type of goods or services sold, offered for sale or distributed* |
|---|---|
| **If Willful** | *You **must** award damages of not more than $2,000,000.00 (two million dollars) per counterfeit mark per type of goods or services sold, offered for sale or distributed* |

What amount of statutory damages *per counterfeit mark per type of good/services sold, offered for sale or distributed* do you award to Plaintiff?

Defendant ccs_online999:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant ebbpop:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant go-gift1225:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant Herpop:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant Ilante:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant Keepupop:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant lucky992016:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant ovepop2009:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant popular888:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

Defendant prcbey:  Amount: $ _____ **per** counterfeit mark per type of goods/services sold/offered for sale/distributed

(6) Copyright Statutory Damages

| If Neither Willful Nor Innocent | *You **must** award damages between $750.00 (seven hundred fifty dollars) and $30,000.00 (thirty thousand dollars) per work infringed* |
|---|---|
| **If Willful** | *You **must** award damages between $750.00 (seven hundred fifty dollars) and $150,000.00 (one hundred and fifty thousand dollars) per work infringed* |
| **If Innocent** | *You must award damages between $200.00 (two hundred dollars) and $30,000.00 (thirty thousand dollars) per work infringed* |

What amount of statutory damages *per copyright infringed* do you award to Plaintiff?

Defendant ccs_online999:	Amount: $ _____ **per** work

Defendant ebbpop:	Amount: $ _____ **per** work

Defendant go-gift1225:	Amount: $ _____ **per** work

Defendant Herpop:	Amount: $ _____ **per** work

Defendant Ilante:	Amount: $ _____ **per** work

Defendant Keepupop:	Amount: $ _____ **per** work

Defendant lucky992016:	Amount: $ _____ **per** work

Defendant ovepop2009:	Amount: $ _____ **per** work

Defendant popular888:	Amount: $ _____ **per** work

Defendant prcbey:	Amount: $ _____ **per** work

Dated: March 31, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　EPSTEIN DRANGEL LLP

　　　　　　　　　　　　　　　　　　BY:　  /s/ Danielle S. Yamali
　　　　　　　　　　　　　　　　　　　　　Danielle S. Yamali (DY 4228)
　　　　　　　　　　　　　　　　　　　　　dfutterman@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　Jason M. Drangel (JD 7204)
　　　　　　　　　　　　　　　　　　　　　jdrangel@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　Ashly E. Sands (AS 7715)
　　　　　　　　　　　　　　　　　　　　　asands@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　Brieanne Scully (BS 3711)
　　　　　　　　　　　　　　　　　　　　　bscully@ipcounselors.com
　　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 2520
　　　　　　　　　　　　　　　　　　　　　New York, NY 10165
　　　　　　　　　　　　　　　　　　　　　Telephone:　(212) 292-5390
　　　　　　　　　　　　　　　　　　　　　Facsimile:　(212) 292-5391
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　*Mattel, Inc.*