

**Epstein Drangel LLP**
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

June 30, 2020

**VIA ECF**
Hon. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Mattel, Inc. v. 2012Shiningroom2012, et al.*
            Civil Case No. 18-cv-11648 (PKC)
           **Letter Regarding Upcoming Trial**

Dear Judge Castel,

    We represent Plaintiff Mattel, Inc. ("Plaintiff" or "Mattel"), in the above-referenced action.[1] We are writing in advance of the July 21, 2020 bench trial in this action, to inform the Court that Plaintiff will not be calling witnesses at the trial. Instead, Plaintiff will rely solely on the stipulated facts contained in the joint pre-trial order submitted to the Court along with the documents and evidence identified therein. In light of the fact that there will be no witness testimony by either party, if it would serve the Court, Plaintiff has consulted with the Wang Defendants, and all parties are willing to conduct the trial via video conference.

    We thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                    **EPSTEIN DRANGEL LLP**
                                    BY: /s/ Danielle S. Yamali
                                    Danielle S. Yamali (DY 4228)
                                    dfutterman@ipcounselors.com
                                    60 East 42nd Street, Suite 2520
                                    New York, NY 10165
                                    Telephone: (212) 292-5390
                                    Facsimile: (212) 292-5391

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.