UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTEL, INC.,

                Plaintiff,                      18-cv-11648 (PKC)

    -against-                                     ORDER

2012SHININGROOM2012, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The bench trial in this case will proceed in Courtroom 26B on Tuesday, July 21, 2020 at 11:30am.  Members of the public may use the following call-in information to listen to the proceedings:

        Dial-in:      (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                            P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
          July 20, 2020