UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTEL, INC.,

                Plaintiff,                18-cv-11648 (PKC)

      -against-                      <u>ORDER</u>

2012SHININGROOM2012, et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      As stated at today's bench trial, within fourteen days of this Order, the plaintiff shall submit proposed findings of fact and conclusions of law via ECF and via email to Chambers in Microsoft Word format. Plaintiff shall also submit a supporting memorandum of law that lays out the basis for the damages it seeks, and a proposed judgment.

      Defendants shall respond fourteen days after receiving plaintiff's submissions. Defendants may submit their own proposed stipulations of fact, conclusions of law, memorandum of law, and proposed judgment, also via ECF and email to Chambers.

      SO ORDERED.

                                          P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       July 21, 2020