

Epstein Drangel LLP
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

October 9, 2020

**VIA ECF**
Hon. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:    *Mattel, Inc. v. 2012Shiningroom2012, et al*.
                  Civil Case No. 18-cv-11648 (PKC)
                  <u>Letter Withdrawing Plaintiff's Request for Attorneys' Fees</u>

Dear Judge Castel,

     We represent Plaintiff Mattel, Inc. ("Plaintiff" or "Mattel"), in the above-referenced action.[1] Plaintiff hereby withdraws its request for attorneys' fees against the Wang Defendants and respectfully requests that the Court enter judgment in accordance with the Proposed Final Judgments Plaintiff is electronically filing contemporaneously with this letter.

     We thank the Court for its time and attention to this matter.

                                                  Respectfully submitted,

                                                  **EPSTEIN DRANGEL LLP**
                                                  BY: /s/ Danielle S. Yamali
                                                  Danielle S. Yamali (DY 4228)
                                                  dfutterman@ipcounselors.com
                                                  60 East 42nd Street, Suite 2520
                                                  New York, NY 10165
                                                   Telephone: (212) 292-5390
                                                  Facsimile: (212) 292-5391

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Complaint or Application.