U NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Mattel, Inc.,

                              Plaintiff(s),                   18-cv-11644 (PKC)

             -against-

                                         ORDER

 Betterlover, et al.,

                              Defendant(s).

_____
_____

Mattel, Inc.,

                              Plaintiff(s),                   18-cv-11647 (PKC)

             -against-

2013CheapBuy et al.,

                              Defendant(s).

_____
_____

Mattel, Inc.,

                              Plaintiff(s),                   18-cv-11648 (PKC)

             -against-

2012SHININGROOM2012, et al.,

                              Defendant(s).

_____

CASTEL, U.S.D.J.

         By March 2, 2022, plaintiff shall file its proposed voir dire, proposed jury

instructions, proposed verdict sheet and any in limine motions and deliver to defendant (but not

file) its portion of the Joint Pre-Trial Order in Word format.  By March 16, 2022, defendant shall

file its proposed voir dire, proposed jury instructions, proposed verdict sheet and any in limine

motions and its responses to plaintiff's in limine motions.  By March 18, defendant shall file the proposed Joint Pre-Trial Order. Plaintiff may respond to defendant's in limine motions by March 23, 2022.

The Final Pre-Trial Conference will take place on April 12, 2022 at 3:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
February 11, 2022

2